IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OLD DOMINION FREIGHT LINE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AMBER D. BRAMMAN, Individually and as the Special Administrator of the Estate of Tanner J. Bramman, deceased;<br><br>Defendant. | **4:25CV3030**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for defendant,

**IT IS ORDERED:**

1. On or before February 17, 2026, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 31st day of December, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge